IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | Chapter 11 |
| 125 BERCKMAN ST., LLC, | Bk. No. 26-10392 |
| Debtor. | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF DOCUMENTS

TO THE CLERK IN CHARGE OF BANKRUPTCY OPERATIONS:

**PLEASE TAKE NOTICE** that the attorney set forth below hereby appears as counsel for Team 3 Financial, LLC pursuant to 11 U.S.C. § 1109(b), and that, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010, the undersigned requests that an entry be made on the Clerk's Matrix in this case, and that all notices given or required to be given and all papers served or required to be served, in this case, be given to and served upon:

Jennifer Hiller Nimeroff, Esquire
Weir LLP
1300 Route 73, Suite 314
Mt. Laurel, NJ 08054
Telephone: (856) 429-7750
Facsimile: (856) 427-0360

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that, among other things (1) affect or seek to affect in any way any rights or interest of

any creditor or party in interest in this case, with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) require or seek to require any act, delivery of any property, payment or other conduct by the undersigned.

                        WEIR LLP

                        By:   /s/ *Jennifer Hiller Nimeroff, Esquire*
                        Jennifer Hiller Nimeroff, Esquire (NJ I.D. # 027241995)
                        1300 Route 73
                        Suite 314
                        Mt. Laurel, NJ 08054
                        (856) 429-7750 – telephone
                        (856) 427-0360 – fax
                        Email:  jhiller@weirlawllp.com
                        *Attorneys for Team 3 Financial, LLC*

Dated:  January 14, 2026

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: | Chapter 11 |
| 125 BERCKMAN LLC, | Bk. No.  26-10392 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, Jennifer Hiller Nimeroff, Esquire, hereby certify that on this 14th day of January 2026, I did cause a true and correct copy of the foregoing **Notice of Appearance and Request for Service of Documents** to be electronically filed and served through the Court's CM/ECF system on the parties requesting receipt of electronic notice in these proceedings, and to be served on the parties listed on the attached service list, via U.S. First Class Mail, postage pre-paid.

/s/ *Jennifer Hiller Nimeroff*
Jennifer Hiller Nimeroff, Esquire

## SERVICE LIST

125 Berckman St., LLC
30 Johanna Court
Piscataway, NJ 08854

Allison L. Domowitch, Esquire
Fleischer, Fleischer & Suglia, P.C.
Four Greentree Centre
601 Route 73 North, Suite 305
Marlton, NJ 08053

James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406